UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GREAT WESTERN LAND & RECREATION, INC.,** | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-3370 |
| **BD REALTY ADVISORS, LLC, and BRADLEY A. DILL,** | § § § § | |
| Defendants. | § | |

### MEMORANDUM AND ORDER

Pursuant to Defendant BD Realty Advisors, LLC's Second Notice of Dismissal Related to Defendant's Original Counterclaim and Original Third-Party Petition (Doc. No. 28), BD Realty Advisors, LLC's claims against the Westchester Lakes Defendants set forth in "Defendant's Original Counterclaim and Original Third-Party Petition" are **DISMISSED WITH PREJUDICE.** Furthermore, BD Realty Advisors, LLC's claims against Counter-Defendant Great Western Land & Recreation, Inc. and the remaining Third-Party Defendants are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 14th day of August, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT